UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
PROBATION OFFICE

**FILED**
MAR 1 6 2009
U S DISTRICT COURT
E DIST OF MO
ST. LOUIS

DOUGLAS W. BURRIS
CHIEF U.S. PROBATION OFFICER

STEPHANIE M. BROWN
DEPUTY CHIEF PROBATION OFFICER

JUDY G. HOLT
ASST. DEPUTY CHIEF PROBATION OFFICER

SCOTT A. ANDERS
ASST. DEPUTY CHIEF PROBATION OFFICER



THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH 10TH STREET SUITE 2.325
ST. LOUIS, MO 63102
314-244-6800
866-224-9866 (TOLL FREE)
314-244-6735(FAX)

RUSH HUDSON LIMBAUGH, SR. U.S. COURTHOUSE
555 INDEPENDENCE
SUITE 1100
CAPE GIRARDEAU, MO 63701
573-331-8980
800-373-6807 (TOLL FREE)
573-331-8986(FAX)

REPLY TO: ST. LOUIS OFFICE

March 16, 2009

Clerk of the Court
Thomas F. Eagleton U.S. Courthouse
111 S. 10th St.
St. Louis, MO 63102

          RE: PETTY, Lorenzo
          91-295 Cr(4)
          COURT REASSIGNMENT

Dear Clerk of the Court:

As the Honorable Clyde S. Cahil is now retired, we are in need of a new Judge assigned to this case in order to report violations of supervised release to the Court.

Thank-you for your assistance int this matter. If additional information is needed, please contact the undersigned at (314) 244-6763.

Sincerely,

Raoul L. Williams
Senior U.S. Probation Office

I:\RLW\LETTERS\PETTY NEW CT LT.wpd